# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130108 & (31)(32)

ANTONIO L. THOMAS and ANTONIO
L. THOMAS ASSOCIATED,
       Plaintiffs-Appellants,

v

LA-VAN HAWKINS and
URBAN CITY FOODS, LLC,
       Defendants-Appellees,

and

MELVIN BUTCH HOLLOWELL,
       Receiver-Appellee.

SC: 130108
COA: 266779
Wayne CC: 02-220633-CZ

_____/

      By order of January 31, 2006, the Wayne Circuit Court was directed to reconsider whether Melvin Butch Hollowell had a conflict of interest and to make findings addressing specified issues within 35 days. On order of the Court, the Wayne Circuit Court's findings of fact and law having been received and considered, the application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Plaintiff's motion for immediate consideration of his motion to modify order is GRANTED. Plaintiff's motion to modify order is DENIED as moot. The December 21, 2005 order staying trial court proceedings is DISSOLVED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

_____
Clerk

s0328